149 So.2d 768

John H. MICHELL

v.

LOUISIANA STATE BOARD OF OPTOMETRY EXAMINERS.

No. 46549.

Feb. 18, 1963.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

149 So.2d 768

PLACID OIL COMPANY et al.

v.

A. M. DUPONT CORPORATION et al.

No. 46554.

Feb. 18, 1963.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

149 So.2d 768

Joseph C. DESHOTELS

v.

SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY et al.

No. 46569.

Feb. 18, 1963.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

149 So.2d 769

STATE of Louisiana

v.

J. Bernard COCKE.

No. 46611.

Feb. 20, 1963.

Writs denied. The application does not disclose an abuse of discretion on the part of the trial judge.